## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JANET KEMP,**

    **Plaintiff,**

v.                                                            Case No.  8:07-cv-1810-T-30MAP

**NEW YORK LIFE INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon parties' Stipulation of Dismissal with Prejudice (Dkt. 14).  The Court has reviewed the parties' settlement agreement, which is simultaneously being filed under seal.  Upon review and consideration, it is hereby ORDERED AND ADJUDGED that:

1. Plaintiff's claim and Complaint against Defendant is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. The Court finds the settlement of Plaintiff's claims to be a fair and reasonable resolution of a bona fide dispute.

3. All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on January 30, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1810.dismissal.frm